ALEXANDER M. SCHACK, Esq., Bar No. 99126
(alexschack@amslawoffice.com)
NATASHA N. SERINO, Esq., Bar No. 284711
(natashaserino@amslawoffice.com)
LAW OFFICES OF ALEXANDER M. SCHACK
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Tel: (858) 485-6535 Fax: (858) 485-0608

Attorneys for Plaintiffs Karen Meyer, et al.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karen Meyer, individually and on behalf of all others similarly situated, | CASE NO: 17-CV-2243-JLS-KSC |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| HOMEAWAY.COM, INC. a Delaware corporation; and Does 1 through 100, inclusive. | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiffs voluntarily dismiss the above-captioned action without prejudice.

Dated: December 7, 2017

LAW OFFICES OF ALEXANDER SCHACK

/s/ Natasha N. Serino
Natasha N. Serino, Esq.

- 1 -
NOTICE OF VOLUNTARY DISMISSAL

**PROOF OF SERVICE**
*Karen Meyer, et al. v. Homeaway.com, Inc.*
Case No.: 17-cv-2243-JLS-KSC

I, Joan C. Bennett, declare as follows:

I am over the age of 18 years and not a party to the within action. I am employed in the County of San Diego, California, where the mailing occurs; and my business address is 16870 West Bernardo Drive, Suite 400, San Diego, California 92127.

On December 7, 2017, I caused to be served a copy of the following document:

**NOTICE OF VOLUNTARY DISMISSAL**

on interested parties in this action by sending a true copy thereof as follows:

[ X ]   by CM/ECF by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them via e-mail as indicated below:

J. Warren Rissier (warren.rissier@morganlewis.com)
Joseph Bias (joseph.bias@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132

[X]   STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 7, 2017, at San Diego, California.

*Joan C. Bennett*
Joan C. Bennett